# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

MAHENDRA PRATAP SINGH

v.

ROCKWELL AUTOMATION INC.

CASE NUMBER: C09-597Z

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came on for consideration before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court CONFIRMS the arbitration award in the amount of $0.00.

|  |  |
|---|---|
| March 3, 2011 | WILLIAM M. McCOOL |
|  | Clerk |
|  | s/Claudia Hawney |
|  | By, Deputy Clerk |